**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-0736-JLK

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
WILLIAM PELHAM BARR, in his official capacity as
Attorney General of the United States,

    Defendants

---

**STIPULATION OF EXTENSION OF TIME**

---

    Pursuant to D.C. Colo. LCivR 6.1(a), the parties stipulate to an extension of fourteen (14) days for the Defendants to respond to the Amended Complaint in this case, yielding a new response deadline of July 30, 2019.

    This is the first extension of time that has been stipulated under D.C. Colo. LCivR 6.1(a).  Prior to this stipulation, Defendants' deadline to respond to the Amended Complaint would have been on July 16, 2019, pursuant to Fed. R. Civ. P. 12(a)(2), and thus, this stipulation is timely submitted prior to that deadline.

    Dated:  July 11, 2019

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General

/s/     *Will Allen*
**ERIC R. OLSON**
Solicitor General
**PATRICK L. SAYAS**
**KATHLEEN SPALDING**
**WILL ALLEN**
Senior Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone:   720-508-6626
FAX:             720-508-6032
E-Mail:         eric.olson@coag.gov
                     pat.sayas@coag.gov
                     kit.spalding@coag.gov
                     will.allen@coag.gov

Attorneys for the State of Colorado

Respectfully submitted,

**JOSEPH H. HUNT**
Assistant Attorney General

**JOHN R. TYLER**
Assistant Branch Director

 /s/ *Daniel D. Mauler*
**DANIEL D. MAULER**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-0773
(202) 616-8470 (fax)
dan.mauler@usdoj.gov

Attorneys for the Defendants