**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-0736-JLK

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
WILLIAM PELHAM BARR, in his official capacity as
Attorney General of the United States,

    Defendants

---

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

---

PLEASE TAKE NOTICE that the defendants file herewith an Administrative Record in connection with the above-captioned case. This Administrative Record (bearing Bates numbers AR00001 - AR01867) is accompanied by an Index of Administrative Record. Privileged documents, including those reflecting internal deliberations, are not part of the administrative record. This Administrative Record is submitted without prejudice to defendants' position that plaintiff's Amended Complaint should be dismissed in its entirety as a matter of law.

Respectfully submitted,

**JOSEPH H. HUNT**
Assistant Attorney General

**JOHN R. TYLER**
Assistant Branch Director

 /s/ *Daniel D. Mauler*
**DANIEL D. MAULER**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-0773
(202) 616-8470 (fax)
dan.mauler@usdoj.gov

Attorneys for the Defendants