IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-0736-JLK

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
WILLIAM PELHAM BARR, in his official capacity as
Attorney General of the United States,

    Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, the United States Department of Justice and William Pelham Barr, in his official capacity as Attorney General of the United States, hereby appeal to the United States Court of Appeals for the Tenth Circuit from this Court's Final Judgment entered on May 12, 2020 (Docket No. 46).

Dated: July 10, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Joseph J. DeMott*
JOSEPH J. DEMOTT (Va. Bar No. 93981)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

2

        Telephone: (202) 514-3367
        Fax: (202) 616-8470
        E-mail: joseph.demott@usdoj.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

    Eric.Olson@coag.Gov
    Leslie.Schulze@coag.Gov
    Will.Allen@coag.Gov
    Kit.Spalding@coag.Gov

                                                      *s/   Joseph J. DeMott*