**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**May 6, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

_____

THE STATE OF COLORADO,

     Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF
JUSTICE; MERRICK B. GARLAND*, in
his official capacity as Attorney General of
the United States,

     Defendants - Appellants.

-------------------------------

AMERICAN CIVIL LIBERTIES UNION;
AMERICAN CIVIL LIBERITES UNION
OF ILLINOIS; NATIONAL
IMMIGRANT JUSTICE CENTER;
NATIONAL IMMIGRATION LAW
CENTER; IMMIGRANT LEGAL
RESOURCE CENTER; SOUTHERN
POVERTY LAW CENTER;
NORTHWEST IMMIGRANT RIGHTS
PROJECT; ASIAN AMERICANS
ADVANCING JUSTICE-ASIAN LAW
CAUCUS; WASHINGTON DEFENDER
ASSOCIATION; NEW ORLEANS
WORKERS' CEMTER FOR RACIAL
JUSTICE; NATIONAL IMMIGRATION
PROJECT OF THE NATIONAL
LAWYERS GUILD,

     Amici Curiae.

No. 20-1256
(D.C. No. 1:19-CV-00736-JLK)
(D. Colo.)

_____

    * On March 11, 2021, Merrick B. Garland became Attorney General of the United
States of America. Consequently, his name is substituted for Robert M. Wilkinson as
respondent, per Fed. R. App. P. 43(c)(2).

_____

## ORDER

_____

On April 30, 2021, this court granted the government's motion for limited remand to allow the district court to rule on the parties' joint motion to amend judgment under Fed. R. Civ. P. 60(b). The entry of an amended judgment would consummate an agreement reached by the parties to resolve this appeal.

This matter is now before the court on Appellant's *Notice of Amended Judgment and Motion to Voluntarily Dismiss Appeal*, which is unopposed. The government informs the court that on May 4, 2021, the district court amended the judgment in the case underlying this appeal, which in turn resolved this appeal.

Upon consideration, abatement of this appeal is lifted, and the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b). Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk