**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | May 06, 2021 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. William Allen
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. Spencer Elijah Wittmann Amdur
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Joseph J. DeMott
U.S. Department of Justice
Civil Division Federal Programs Branch
1100 L Street NW, Room 11504
Washington, DC 20005

Mr. Mark Fleming
National Immigrant Justice Center
224 South Michigan Avenue, Suite 600
Chicago, IL 60604

Mr. Lee Gelernt
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Mr. Bradley Hinshelwood
U.S. Department of Justice
Appellate Section, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Mr. Daniel D. Mauler
U.S. Department of Justice
Civil Division Federal Programs Branch
1100 L Street NW, Room 11504
Washington, DC 20005

Ms. Sara R. Neel
American Civil Liberties Union of Colorado
303 East 17th Avenue, Suite 350
Denver, CO 80203

Ms. My Khanh Ngo
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111

Mr. Eric Olson
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. Patrick Louis Sayas
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. Mark Silverstein
American Civil Liberties Union of Colorado
303 East 17th Avenue, Suite 350

2

Denver, CO 80203

Ms. Kathleen Spalding
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. Daniel Tenny
U.S. Department of Justice
Appellate Section, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

Ms. Keren Zwick
National Immigrant Justice Center
224 South Michigan Avenue, Suite 600
Chicago, IL 60604

   **RE:**      20-1256, State of Colorado v. United States Dept. of Justice, et al
             Dist/Ag docket: 1:19-CV-00736-JLK

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

3

        Christopher M. Wolpert
        Clerk of the Court

CMW/lg